**STEPHEN A. KINKELAAR v. LUELLA S. KINKELAAR**

25 So. (2nd) 200                    January Term, 1946
March 5, 1946                       Division A
Rehearing denied March 27, 1946

*W. D. Bell, R. K. Bell* and *Bell & Bell,* for petitioner.
*L. J. Cushman,* for respondent.

PER CURIAM:

A rehearing having been granted in the above cause and the case having been further considered upon the record and upon briefs and argument of counsel for the respective parties; it is thereupon ordered and adjudged by the Court that the order of this Court heretofore entered denying issuance of a writ of certiorari herein be and it is hereby reaffirmed and adhered to on rehearing.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.